| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | CLERK US DISTRICT COURT NORTHERN DIST. OF TX | P-11-CR-176(01) |
| TRANSFER OF JURISDICTION  2015 MAR -4 AM 11: 08 | | DOCKET NUMBER *(Rec. Court)*  5-15CR0011-C |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT DEPUTY CLERK  Western District of Texas | DIVISION  Pecos Division |
|---|---|---|
| MATTHEW GARCIA  Lubbock, Texas | NAME OF SENTENCING JUDGE  Honorable Robert Junell | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM  10/18/2013 | TO  10/17/2018 |

| OFFENSE |
|---|
| 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2, Aiding and Abetting Possession with Intent to Distribute Marijuana |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Texas___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of Texas, Lubbock Division___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___1-29-15___  ___[signature]___
Date    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Texas___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___3-4-15___  ___[signature]___
Effective Date    United States District Judge